# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America )
v. )
NOE SALGADO BRAVO ) Case No. 25-MJ-04147
_____ )
Defendant )

FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 07/07/2025

_Noe Salgado_
Defendant's signature

_[signature]_
Signature of defendant's attorney

I have translated this Waiver of Preliminary Hearing to the defendant in the  SPANISH  language.

Date: 07/07/2025

_Alejandro J. Franco_
Signature of Interpreter

CR-110 (06/12)                        Waiver of a Preliminary Hearing